TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00098-CR

Cody Edward Holder, Appellant

v.

The State of Texas, Appellee

FROM THE COUNTY COURT AT LAW NO. 3 OF TRAVIS COUNTY

NO. 452675, HONORABLE DAVID CRAIN, JUDGE PRESIDING

A jury found Cody Edward Holder guilty of assault. Tex. Penal Code Ann. § 22.01(a)(1)
(West 1994). The court assessed punishment at incarceration for 300 days.

Holder contends this Court does not have jurisdiction of the appeal because no judgment
of conviction appears in the record. The judgment was forwarded and filed in a supplemental clerk's
record. The challenge to our jurisdiction is overruled.

Holder's brief states that aside from the jurisdictional issue disposed of above, the record
does not reflect error because there is no reporter's record. Holder is represented by retained counsel,
as he was at trial. There was no timely request for a free record. See Tex. R. App. P. 20.2. This Court
previously determined that the absence of a reporter's record is due to Holder's fault. See Tex. R. App.
P. 37.3(c).

We have reviewed the record before us and find no fundamental error or other matter that
should be considered in the interest of justice. The judgment of conviction is affirmed.

 

 Mack Kidd, Justice

Before Justices Powers, Kidd and B. A. Smith

Affirmed

Filed: July 2, 1998

Do Not Publish